**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

No. 05-6325

───────────

ERVIN L. HUDSON,

                              Plaintiff - Appellant,

        versus

BERNARD ADAMS, Officer,

                              Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   James R. Spencer, Chief District Judge.  (CA-04-521-3)

───────────

Submitted:  July 14, 2005        Decided:  July 26, 2005

───────────

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Ervin L. Hudson, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ervin L. Hudson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hudson v. Adams, No. CA-04-521-3 (E.D. Va. Feb. 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED